UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT GENE BAILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CAROLINA DEPARTMENT OF )<br>MOTOR VEHICLES, Vehicles License )<br>and Theft Division; JOSEPH GARDNER; )<br>WILLIAM C. TOMAN, JR.; R.M. )<br>ASHLEY; K.D. MACKEY; P.J. )<br>GRAHAM; RON SMITH; UNKNOWN )<br>FEMALE OFFICER; C.C. BLAKE; )<br>MID-SOUTH TOWING; and, )<br>MARGARET AUTRY MANNSUER, )<br>)<br>Defendants. ) | **JUDGMENT**<br>Case No. 5:13-CV-603-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered August 22, 2013, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(g). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 22, 2013, and Copies To:**

Robert Gene Bailey (via U.S. Mail) Hyde Correctional Institution
                                   PO Box 278, Swan Quarter, NC 27885


August 22, 2013                  JULIE A. RICHARDS, CLERK
                                               /s/ Christa N. Baker
                                            (By) Christa N. Baker, Deputy Clerk